HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL M. COLDIRON, ) | Civil No. 07-0535 CW |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, July 18, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
|   | (as authorized via telephone 6/13/07) |
| Dated: June 13, 2007 | /s/<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
|   |   |
| Dated: June 13, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CHERYL M. COLDIRON |

IT IS SO ORDERED.

Dated: 6/18/07

_____
HON. CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER

2